**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6047**

———————

JAMES EDWARD PRINCE,

                                Petitioner - Appellant,

        versus

THOMAS R. CORCORAN, JR., Warden; J. JOSEPH
CURRAN, JR., Attorney General,

                                Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-97-1464-H)

———————

Submitted:  July 2, 1998          Decided:  July 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Edward Prince, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, David Jonathan Taube, Assistant Attorney General,
Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Prince v. Corcoran, No. CA-97-1464-H (D. Md. Dec. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED